## Case No. 8,076.

### LANNING v. LONDON.

[4 Wash. C. C. 513.] [1]

Circuit Court, E. D. Pennsylvania. April Term, 1825.

EVIDENCE—DOCUMENTS—SHERIFF'S DEED—SALE UNDER JUDGMENT.

To entitle a party to give a sheriff's deed in evidence, a copy of the record of the judgment under which the sale was made must be produced.

[The plaintiff, Lanning, brought an action in ejectment against Isaac London, Samuel Ferris, John Ferris, and Moses Rolph. There was a verdict in favor of plaintiff as against all except London, who was shown not to be in possession of any part of the premises in dispute in that case. Case No. 8,074. This is an action by the same plaintiff against London.]

It was decided in this case, that to entitle the plaintiff to give in evidence a sheriff's deed, it was necessary to produce the record of the judgment under which the sale of the land was made.

Scott and C. J. Ingersoll, for plaintiff.

Chauncey, Tilghman, and J. R. Ingersoll, for defendant.

[For other ejectment cases brought by the same plaintiff against other defendants, see Cases Nos. 8,072 and 8,073, and the case above referred to, 8,074.]

LANSDALE (LAUB v.). See Case No. 8,118.

LANSING (BAILEY v.). See Case No. 738.

LANSING (COOK v.). See Case No. 3,162.

[1] [Originally published from the MSS. of Hon. Bushrod Washington, Associate Justice of the Supreme Court of the United States, under the supervision of Richard Peters, Jr., Esq.]